IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| BOBBY B. BURNETTE, #2010861 | § | |
| VS. | § | CIVIL ACTION NO. 2:17cv445 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner Bobby Burnette, a former prisoner within the Texas Department of Criminal Justice (TDCJ) proceeding *pro se*, filed this federal petition for a writ of habeas corpus challenging a judgment of conviction. The petition was referred to United States Magistrate Judge, the Honorable Roy S. Payne, for findings of fact, conclusions of law, and recommendations for the disposition of the petition.

On May 21, 2020, Judge Payne issued a Report, (Dkt. #21), recommending that Petitioner's habeas petition be dismissed, without prejudice, for Petitioner's failure to comply with an order of the Court. The Report was sent to Petitioner at his address, with an acknowledgment card. The docket reflects that the Report was returned as "unclaimed" and "unable to forward," (Dkt. #23). To date, no objections to the Report have been filed and Petitioner has not communicated with the Court since April 2018.

Because objections to Judge Payne's Report have not been filed, Petitioner is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (holding that where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly, it is

**ORDERED** that the Report of the United States Magistrate Judge, (Dkt. #21), is **ADOPTED** as the opinion of the Court. Further, it is

**ORDERED** that Petitioner's federal habeas petition is **DISMISSED**, without prejudice, for Petitioner's failure to comply with an order of the Court. Moreover, it is

**ORDERED** that Petitioner is **DENIED** a certificate of appealability *sua sponte*. Finally, it is

**ORDERED** that any and all motions which may be pending in this cause of action are hereby **DENIED**.

**So ORDERED and SIGNED this 24th day of June, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE